**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 04-1142**

───────────

LIONEL J. COATES, SR.,

                              Plaintiff - Appellant,

         versus

JO ANNE B. BARNHART, Commissioner of the
Social Security Administration,

                              Defendant - Appellee.

───────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Paul W. Grimm, Magistrate Judge.  (CA-02-
2658-PWG)

───────────

Submitted:  March 30, 2005          Decided:  May 20, 2005

───────────

Before MICHAEL, KING, and GREGORY, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

David Alan Tibbetts, LAW OFFICES OF DAVID A. TIBBETTS, Odenton,
Maryland, for Appellant.  Allen F. Loucks, United States Attorney,
Neil R. White, Assistant United States Attorney, Baltimore,
Maryland, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Lionel J. Coates, Sr., appeals the magistrate judge's order affirming the Commissioner's denial of disability insurance benefits and supplemental security income.[*] We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. See 42 U.S.C. § 405(g) (2000); Craig v. Chater, 76 F.3d 585, 589 (4th Cir. 1996). We have thoroughly reviewed the administrative record and the briefs and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. Coates v. Barnhart, No. CA-02-2658-PWG (D. Md. Dec. 3, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]The parties consented to review by a magistrate judge pursuant to 28 U.S.C. § 636(c)(2) (2000).

- 2 -